UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(CA 98-1076, 98-1112, 1204) Civil Minutes - Appeals

Case No. CV 92-6855-JSL           Date July 13, 1999

Title Rodime v Seagate

---

PRESENT: THE HON. __J. SPENCER LETTS__, JUDGE

Nancy J. Webb                    Terry Kramer
Deputy Clerk                     Court Reporter

---

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| 1) Robert Sacks | 1) Gerald Sekimura |
| 2) John Altmiller | 2) Rod Dorman |
| 3) Margaret Pfeiffer | 3) Brenda Cullen |

PROCEEDINGS: FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEAL

☐ IN COURT      ☒ IN CHAMBERS (No hearing necessary)      ☐ COUNSEL NOTIFIED

THE COURT ORDERS that the mandate of the Ninth Circuit Court of Appeals:

☐ Affirming     ☒ Remanding / Vacating     ☐ Reversing and Remanding

☒ Affirming in part, ~~Reversing~~ Vacating in part     ☐ Dismissing Appeal

☐ The record reflects that costs of the prevailing party were taxed by the Ninth Circuit Court of Appeals in the amount of $_____ on _____.

☒ Other _Status conference held. Matter stayed until Nov 1, 1999._

is hereby filed and spread upon the minutes of this U.S. District Court.

☐ MAKE JS-5

JUL 1 6 1999

Initials of Deputy Clerk __N__

ENTERED ON ICMS 7-16-99 - UK

CV-48 (4/86)                CIVIL MINUTES - APPEALS                         1101.