| | |
|---|---|
| 1  ROBERT A. SACKS (S.B. #150146)<br>   SULLIVAN & CROMWELL<br>2  1888 Century Park East<br>   Los Angeles, California  90067<br>3  Telephone: (310) 712-6600<br>   Facsimile: (310) 712-8800<br>4<br>   Attorneys for Plaintiff<br>5  RODIME PLC<br><br>6  RODERICK G. DORMAN (S.B. # 96908)<br>   O'MELVENY & MYERS LLP<br>7  400 South Hope Street<br>   Los Angeles, California  90071-2899<br>8  Telephone: (213) 430-6000<br>   Facsimile: (213) 430-6407<br>9<br><br>   GERALD T. SEKIMURA (S.B. #96165)<br>10 LIMBACH & LIMBACH L.L.P.<br>   2001 Ferry Building<br>11 San Francisco, California 94111-4150<br>   Telephone: (415) 433-4150<br>12 Facsimile: (415) 4333-8716<br><br>13 Attorneys for Defendant<br>   SEAGATE TECHNOLOGY, INC. | JS-6 (ENT)<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>JAN 31 2000<br>CENTRAL DISTRICT OF CALIFORNIA<br>                                   DEPUTY<br><br><br>ENTERED<br>CLERK, U.S. DISTRICT COURT<br>JAN 31 2000<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                                 DEPUTY |

LODGED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODIME PLC,<br><br>              Plaintiff,<br><br>       v.<br><br>SEAGATE TECHNOLOGY, INC.,<br><br>              Defendant. | Case No. 92-6855 JSL (JGx)<br><br>**STIPULATION OF DISMISSAL<br>PURSUANT TO FED. R. CIV. P. 41(a)** |

✓ Docketed
__ Copies / NTC Sent
__ JS - 5 / JS - 6
__ JS - 2 / JS - 3
✓ CLSD

Pursuant to an Agreement of Settlement, and in accordance with Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed that this action, including all counterclaims, be dismissed with prejudice and without costs to either party.

SO STIPULATED.

DATED: January 27, 2000

ROBERT A. SACKS
SULLIVAN & CROMWELL

By _____
Robert A. Sacks
Attorneys for Plaintiff, RODIME PLC

RODERICK G. DORMAN
O'MELVENY & MYERS LLP

GERALD T. SEKIMURA
LIMBACH & LIMBACH L.L.P.

By _____
Roderick G. Dorman
Attorneys for Defendant SEAGATE
TECHNOLOGY, INC.

IT IS SO ORDERED, JAN 3 1 2000
Dated _____
United States District Judge

LA2:493842.1

STATUS REPORT AND STIPULATED
REQUEST FOR TRIAL DATE
92-6855 JSL (JGx)

2